**RECEIVED**

FORWARDED TO UST FOR

REVIEW

JAN - 7 2009.

JAN 7 - 2009

OFFICE OF THE BANKRUPTCY JUDGE
ALBANY, NY

**Christian H. Dribusch (507021)**
The Patroon Building
Five Clinton Square
Albany, NY 12207
(518) 436-1662

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 <br> Case No.: 08-14239 |
| **GREENER CLEANERS, LTD.,** <br> **d/b/a Kem Cleaner** | **APPLICATION FOR ORDER** <br> **APPOINTING FINANCIAL ADVISOR** <br> **FOR THE DEBTOR** |
| Debtor. | |

**TO: HON. ROBERT E. LITTLEFIELD, JR.**

**Greener Cleaners, Ltd.**, doing business as Kem Cleaner the debtor-in-possession in the

above-captioned bankruptcy proceeding (the "Debtor") for its motion pursuant to §327(a) of

Title 11 of the United States Code, to retain **Henry Cook** (the "Financial Advisor") as financial

advisor for Greener Cleaner respectfully represents as follows:

**Parties, Jurisdiction and Venue**

1.       Greener Cleaner filed a voluntary petition for relief under Chapter 11 of Title 11

United States Code (the "Bankruptcy Code") on December 19, 2008, with the Bankruptcy Court

(the "Court") for the Northern District of New York (the "District").

2.       Greener Cleaner continues to operate its business and manage its properties

pursuant to Bankruptcy Code §1107 and §1108.

3.       This motion made pursuant to Bankruptcy Code §327(a), is a core proceeding

under 28 U.S.C. §157(b)(2)(A) because it relates to matters concerning the administration of the

bankruptcy estate.

RECEIVED & FILED

**RECEIVED**

JAN 13 2009

OFFICE OF THE BANKRUPTCY JUDGE
ALBANY, NY

JAN 13 2009

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

4.     This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§157 and 1334.

5.     Venue is proper by virtue of 28 U.S.C. §1409(a), as the proceeding arises and relates to a case under the Bankruptcy Code pending before this District.

## Relief Requested

6.     To assist in the reorganization of the Debtor, it is necessary to employ a financial advisor for the purposes set forth herein.   For the reasons set forth in this application, the Debtor seeks to employ Henry Cook.

7.     A copy of the proposed consulting agreement is annexed hereto and marked Exhibit "A."

8.     The affidavit of Henry Cook is submitted herewith.

9.     The Debtor believes the retention of Henry Cook is essential to implementing this Chapter 11 reorganization case.  The Financial Advisor has already expended a substantial amount of time analyzing the Debtor's operations.  Thus, the Debtor believes that it is in the best interest of the bankruptcy estate and the most economical engagement possible to implement the Debtor's plan of reorganization.   Under the circumstances, the Debtor believes it is improbable to obtain a financial advisor to provide the services at a lower rate than as proposed to be rendered by the Financial Advisor.

10.     The Debtor believes that the Financial Advisor represents no interest adverse to the petition of the Debtor in accordance with Bankruptcy Code §327.

11.     The Debtor understands that in connection with services to be rendered in this matter, compensation will be sought subject to Court approval based upon the appropriate application being filed with the Court.

12.     Although the Financial Advisor has provided services to the Debtor prior to the commencement of this case, the Financial Advisor holds no claim against the Debtor, and the Debtor believes that the Financial Advisor has no connection with the Debtor, creditors of the Debtor, the Office of the United States Trustee or any other party in interest and is a disinterested party as defined under Bankruptcy Code §101(14).

13.     During the course of representing the Debtor as set forth herein, the services the Financial Advisor may be necessary for other duties not enumerated herein and not known at this time.  In the event the services of the Financial Advisor are required for unusual or extraordinary matters beyond the scope or intent of this application, the Debtor will make an additional application for such authorization.

**WHEREFORE**, Greener Cleaners respectfully requests that this Court enter an Order, effective as of the Petition Date, permitting and authorizing Henry Cook to act as Financial Advisor to the Debtor herein upon qualification.

Dated this 18th day of December, 2008

By: _____
**Christian H. Dribusch**
The Patroon Building
Five Clinton Square
Albany, NY 12207
(518) 436-1662

Reviewed and approved:

_____
**B. Robert Joel,** Chief Executive Officer
**Greener Cleaners, Ltd.**

Reviewed and approved:

_____
**Office of the United States Trustee**