UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In Re:

    Greener Cleaners, Ltd., d/b/a Kem Cleaners    Chapter 11
                                                                  Case No. 08-14239
                                Debtor - in - Possession.    Honorable Robert E. Littlefield
_____

## NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR ALL NOTICES

**PLEASE TAKE NOTICE** of the following substitution of counsel in the above-referenced matter pursuant to Local Rule 2092-1(b):

| Current counsel | Substitute Counsel |
|---|---|
| Maureen F. Leary | Michael J. Myers |
| Assistant Attorney General | Assistant Attorney General |
| New York State Department of Law | New York State Department of Law |
| Environmental Protection Bureau | Environmental Protection Bureau |
| The Capitol | The Capitol |
| Albany, New York 12224 | Albany, New York 12224 |
| Tel.(518) 474-7154 | Tel. (518) 402-2594 |
| Fax (518) 473-2534 | Fax (518) 473-2534 |
| Email: Maureen.Leary@oag.state.ny.us | Email: Michael.Myers@oag.state.ny.us |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, all notices given or required to be given in this proceeding, and all papers required to be filed and/or served pursuant to the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, 11 U.S.C. 101, et seq., or any other applicable bankruptcy statutes or rules, shall be served upon Substitute Counsel, Michael J. Myers, by mailing/emailing same to the above-noted address.

**PLEASE TAKE FURTHER NOTICE** that Substitute Counsel should be added to the official mailing matrix and/or service list retained by the Clerk of the United States Bankruptcy Court for the Northern District of New York in this proceeding.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Substitution of Counsel and Request refers to all notices, statements, papers, pleadings, applications, motions, petitions, requests, complaints, adversary proceedings, or other document brought before this Court.

**PLEASE TAKE FURTHER NOTICE** that in filing and serving this Notice, the State of New York does not intend to waive any rights as a sovereign in this or any other action or proceeding.

Dated: March 23, 2009

          ANDREW M. CUOMO
          Attorney General of the
           State of New York

BY: _____
          MAUREEN F. LEARY
          Assistant Attorney General
           of Counsel
          New York State Department of Law
          Environmental Protection Bureau
          The Capitol
          Albany, New York 12224
          (518) 474-7154

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on the 23rd day of March, 2009, a true and correct copy of the foregoing Notice of Substitution of Counsel and Request for All Notices was served on the parties listed on the attached service list by electronic mail in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

                                                                     _____
                                                                      Maureen F. Leary
                                                                      Assistant Attorney General

Kevin Purcell, Esq.
Office of the United States Trustee
74 Chapel St.
Suite 200
Albany, NY 12207
kevin.purcell@usdoj.gov

Christian H. Dribusch
Counsel for Debtor
The Patroon Building
Five Clinton Square
Albany, New York 12207
cdribusch@nycap.rr.com