# CHRISTIAN H. DRIBUSCH
Attorney and Counselor at Law

April 27, 2010

**Hon. Robert E. Littlefield, Jr.**
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

        Re:    *Greener Cleaners, Ltd.*
                *Chapter 11*
                *Case No. 08-14239*

Dear Judge Littlefield:

      This letter is to memorialize that on the consent of the parties, the conference scheduled April 29, 2010 at 10:00 a.m. has been rescheduled to May 5, 2010 at 11:00 a.m.

                                      Very truly yours,

                                      */s/ Christian H. Dribusch*
                                      Christian H. Dribusch

c.c.    Henry Cook
        John Reinhold
        David M. Siegal, Esq.
        Michael Myers, Esq.
        Dean Sommer, Esq.
        Kevin Purcell, Esq.
        Francis Brennan, Esq.



The Patroon Building
Five Clinton Square
Albany, NY 12207
USA

PHONE   518.436.1662
FAX      518.432.1996
E-MAIL   chd@chdlaw.com
WEBSITE  www.chdlaw.com