**SO ORDERED.**

**SIGNED this 29 day of November, 2010.**

_____
**ROBERT E. LITTLEFIELD, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**GREENER CLEANERS, LTD.,**<br>**d/b/a Kem Cleaner**<br><br>　　　　　　Debtor. | Chapter 11<br>Case No.: 08-14239 |

### ORDER AUTHORIZING THE DEBTOR IN POSSESSION
### TO SELL ASSETS OF DEBTOR FREE AND CLEAR OF LIENS
### AND OTHER INTERESTS PURSUANT TO 11 U.S.C. § 363(B)(1)

**WHEREAS**, that the debtor in possession, **Greener Cleaners, Ltd.** (the "Debtor"), by and through its attorney, Christian H. Dribusch, moveed this Court at the James T. Foley Courthouse, 445 Broadway, Albany, New York on the **24th day of November, 2010** (the "Hearing"), for an Order pursuant to §363(b)(1) of Title 11 of the United States Code authorizing the sale of Debtor's Solvair machined together with cleaning fluids and spare parts (collectively, the "Assets") to **Nu-Yale Cleaners** or such higher bidder as may appear on the return date of the motion pursuant to the Asset

Sale Agreement attached to the motion, free and clear of all liens and other interests, with such liens and other interests attaching to the proceeds of sale (the "Motion") and

**WHEREAS**, the following appearances were made on the Motion:

Christian H. Dribusch, counsel to the Debtor;

Kevin Purcell, counsel to the Office of the United States Trustee; and

**WHEREAS**, the Court has made the following findings:

1. Nu-Yale Cleaners is a good faith purchaser entitled to the protections of §363(m) of Title 11 of the United States Code;
2. It appears to be in the best interest of the Debtor and its creditors that the sale with Nu-Yale Cleaners be consummated;
3. The Motion was served to afford all parties in interest with a sufficient opportunity to be heard.

**NOW, THEREFORE**, upon the Court hearing the arguments on the Motion and considering this matter, and good cause appearing therefore, it is

**ORDERED**, the recitals hereto are incorporated herein and made a part hereof; and it is further

**ORDERED,** that the Motion is granted; and it is further

**ORDERED**, the Debtor may proceed with the sale of the Assets to Nu-Yale Cleaners for $35,000.00 in accordance with the terms, conditions, and provisions contained in the Motion and the Asset Sale Agreement annexed to the Motion; and it is further

**ORDERED**, that any liens or encumbrances on the sale will attach to the proceeds of the sale such that the property purchased by Nu-Yale Cleaners is free and clear of all liens and encumbrances.

####